IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50522
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus


JUAN MANUEL TREVINO-CHAVEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CR-40-ALL-SS
--------------------
January 6, 2003

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Juan Manuel Trevino-Chavez appeals the sentence imposed
by the district court following his guilty plea to one count of
illegally reentering the United States after deportation.  Trevino-
Chavez contends that the district court abused its discretion when
determining the extent of its upward departure from the sentencing
guidelines.  He also argues that the sentencing provisions of

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

8 U.S.C. § 1326(b) are unconstitutional in light of the Supreme Court's holding in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). Trevino-Chavez acknowledges that his <u>Apprendi</u> argument is foreclosed by the Supreme Court's decision in <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), but he seeks to preserve the issue for further Supreme Court review.

We have reviewed the record and the briefs submitted by the parties and perceive no abuse of discretion in the district court's decision to depart upward. <u>See</u> <u>United States v. Laury</u>, 985 F.2d 1293, 1310 (5th Cir. 1993). Under the circumstances presented to the district court, the extent of the upward departure was reasonable. <u>See</u> <u>United States v. Hawkins</u>, 87 F.3d 722, 728 (5th Cir. 1996).

As Trevino-Chavez concedes, his <u>Apprendi</u> argument is foreclosed. <u>See</u> <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000), <u>cert. denied</u>, 531 U.S. 1202 (2001). The judgment of the district court is therefore AFFIRMED.

AFFIRMED.